# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131936

RAINELL FALCONER,
      Plaintiff-Appellee,

v

MARSHALL FIELD'S/TARGET
CORPORATION,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131936
COA: 268543
WCAC: 04-000354

On order of the Court, the application for leave to appeal the July 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120